

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-70,593-01

### EX PARTE DEMETRIUS DEWAYNE SMITH

### ON APPLICATION FOR WRIT OF HABEAS CORPUS
### CAUSE NO. 1021168 IN THE 183RD DISTRICT COURT
### HARRIS COUNTY

*Per curiam*.

## O R D E R

This is a post conviction application for writ of habeas corpus filed pursuant to the provisions of Texas Code of Criminal Procedure article 11.071.

Applicant was convicted in June 2006 of capital murder committed in March 2005. TEX. PENAL CODE ANN. § 19.03(a). Based on the jury's answers to the special issues set forth in the Texas Code of Criminal Procedure, Article 37.071, sections 2(b) and 2(e), the

trial court sentenced him to death. Art. 37.071, § 2(g).[1] This Court affirmed applicant's conviction and sentence on direct appeal. *Smith v. State,* 297 S.W.3d 260 (Tex. Crim. App. 2009).

Applicant presented nine allegations in his application in which he challenges the validity of his conviction and sentence. The trial court held a live evidentiary hearing. As to all of these allegations, the trial judge entered findings of fact and conclusions of law and recommended that relief be denied.

This Court has reviewed the record with respect to the allegations made by applicant. We agree with the trial judge's recommendation and adopt the trial judge's findings and conclusions, except for conclusion of law number eight, which we do not accept. Based upon the trial court's findings and conclusions and our own review of the record, relief is denied.

IT IS SO ORDERED THIS THE 25TH DAY OF FEBRUARY, 2015.

Do Not Publish

---

[1] Unless otherwise indicated, all references to Articles are to the Texas Code of Criminal Procedure.